# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.220.189.246 | AT&T Internet Services | 2011-12-13 19:02:46 |
| 173.172.71.47 | Road Runner | 2011-11-22 23:03:59 |
| 173.57.54.220 | Verizon Online | 2011-11-14 22:49:30 |
| 173.74.121.96 | Verizon Online | 2011-11-26 06:11:35 |
| 173.74.58.192 | Verizon Online | 2011-11-14 22:49:50 |
| 173.74.92.96 | Verizon Online | 2011-12-01 20:46:22 |
| 204.145.96.64 | TEL WEST COMMUNICATIONS | 2011-11-18 19:03:32 |
| 206.109.202.85 | Internet America | 2011-12-02 08:05:26 |
| 206.174.242.116 | DirecPath | 2011-11-26 13:30:46 |
| 24.155.110.113 | Grande Communications Networks | 2011-11-18 19:03:33 |
| 24.28.6.132 | Road Runner | 2011-11-21 04:07:36 |
| 24.32.11.218 | Suddenlink Communications | 2011-12-12 14:54:47 |
| 65.36.5.116 | Grande Communications Networks | 2011-11-21 15:43:39 |
| 66.182.229.39 | Millennium Telcom | 2011-11-27 07:43:25 |
| 66.68.157.163 | Road Runner | 2011-12-05 15:20:07 |
| 68.206.31.91 | Road Runner | 2011-11-25 21:25:21 |
| 69.91.104.189 | Road Runner | 2011-11-26 03:14:21 |
| 69.91.18.14 | Road Runner | 2011-11-17 17:02:40 |
| 70.104.20.50 | Verizon Online | 2011-11-21 15:21:02 |
| 70.241.100.233 | AT&T Internet Services | 2011-12-03 03:16:19 |
| 70.245.77.194 | AT&T Internet Services | 2011-12-09 12:55:02 |
| 71.170.127.177 | Verizon Online | 2011-12-10 00:23:59 |
| 71.252.136.234 | Verizon Online | 2011-11-26 03:51:53 |
| 71.252.194.147 | Verizon Online | 2011-11-26 10:25:20 |
| 75.1.193.203 | AT&T Internet Services | 2011-11-15 05:40:09 |
| 76.231.148.207 | AT&T Internet Services | 2011-12-09 09:07:46 |
| 76.30.107.105 | Comcast Cable Communications | 2011-12-12 22:44:01 |
| 96.226.70.188 | Verizon Online | 2011-11-19 05:15:37 |
| 98.196.128.152 | Comcast Cable Communications | 2011-11-26 14:43:38 |
| 98.197.39.231 | Comcast Cable Communications | 2011-12-09 12:48:41 |
| 98.198.167.177 | Comcast Cable Communications | 2011-12-08 15:17:46 |
| 98.201.33.249 | Comcast Cable Communications | 2011-11-26 14:44:51 |
| 98.201.63.93 | Comcast Cable Communications | 2011-12-06 07:00:47 |
| 99.11.250.94 | AT&T Internet Services | 2011-12-05 01:25:31 |
| 99.129.155.165 | AT&T Internet Services | 2011-12-02 01:38:46 |
| 99.167.80.62 | AT&T Internet Services | 2011-12-01 00:14:22 |
| 99.68.152.245 | AT&T Internet Services | 2011-12-08 06:24:58 |