# *-APPLICATION-*

## Title
**Title of Work:** Amateur Creampies - Laney Boggs

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** October 30, 2011   **Nation of 1st Publication:** United States

## Author
■  **Author:** Pacific Century International LTD
**Author Created:** entire motion picture

**Work made for hire:** Yes
**Citizen of:** Malta   **Domiciled in:** Malta

## Copyright claimant
**Copyright Claimant:** Pacific Century International LTD
34 Cathedral St, Sliema, SLM06, Malta

## Certification
**Name:** Juan Rodriguez
**Date:** November 22, 2011

**Registration #:**
**Service Request #:**  1-689627827

**Priority:** Routine    **Application Date:** November 22, 2011 04:53:09 PM

Correspondent  _____

    **Organization Name:** Prenda Law, Inc.
    **Name:** Paul Duffy
    **Email:** paduffy@wefightpiracy.com
    **Address:** 1111 Lincoln Road, Suite 400
    Miami Beach, FL 33139

Mail Certificate  _____

Prenda Law, Inc.
Paul Duffy
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139